# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**CORRECTED LETTER**

January 31, 2025

Timothy Chad Hutchinson
RMP, LLP
Suite 300
5519 Hackett Road
Springdale, AR  72762

4:24-cv-00701-BRW

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 31, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
               DEP CLERK
```

RE:  25-1165  Tim Griffin v. OptumRx, Inc., et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

<u>We note the docketing fee is pending. Please pay the $605 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed</u>.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

     Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

     If you have any questions about the schedule or procedures for the case, please contact our office.

     Maureen W. Gornik
     Acting Clerk of Court

CMH

Enclosure(s)

cc:    Clerk, U.S. District Court, Eastern District of Arkansas
      Jonathan Gordon Cooper
      John Davidson
      Baxter Drennon
      Lisa M. Geary
      Michael John Lyle
      Gary B. Rogers
      Charles Robert Saunders
      James L. Ward Jr.

     District Court/Agency Case Number(s):   4:24-cv-00701-BRW

**Caption For Case Number:   25-1165**

Tim Griffin, Attorney General, State of Arkansas, ex rel

       Plaintiff - Appellee

v.

Optum, Inc.

       Defendant

OptumRx, Inc.

       Defendant - Appellant

OptumInsight Life Sciences, Inc.; Optum Insight, Inc.; UnitedHealth Group, Inc.; Lewin Group, Inc.; EverNorth Health, Inc.

       Defendants

Express Scripts, Inc.

       Defendant - Appellant

Express Scripts Administrators, LLC

       Defendant

ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.

       Defendants - Appellants

Express Scripts Specialty Distribution Services, Inc.; Medco Health Solutions

       Defendants

**Addresses For Case Participants:   25-1165**

Timothy Chad Hutchinson
RMP, LLP
Suite 300
5519 Hackett Road
Springdale, AR  72762

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Jonathan Gordon Cooper
QUINN & EMANUEL
Suite 900
1300 I Street, N.W.
Washington, DC  20005

John Davidson
DAVIDSON & BOWIE
Suite 501
2506 Lakeland Drive
Flowood, MS  39232

Baxter Drennon
HALL & BOOTH
Suite 500
200 River Market Avenue
Little Rock, AR  72201

Lisa M. Geary
QUINN & EMANUEL
295 Fifth Avenue
New York, NY  10016

Michael John Lyle
QUINN & EMANUEL
9th Floor
Suite 900
1300 I Street, N.W.
Washington, DC  20005

Gary B. Rogers
HILBURN & HARPER
Suite 3700, Eighth Floor
1 Riverfront Place
North Little Rock, AR  72119

Charles Robert Saunders
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

James L. Ward Jr.
MCGOWAN & HOOD
Suite 300
10 Shem Drive
Mount Pleasant, SC  29464

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.     25-1165   Tim Griffin v. OptumRx, Inc., et al

Date:          January 31, 2025

## APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at: www.ca8.uscourts.gov/appeal-preparation-information .

## GENERAL INFORMATION

      The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

      The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

      The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **14 days from service of appellant's designation**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **03/12/2025**
    **( OptumRx, Inc., et al. )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **03/12/2025**
    **( OptumRx, Inc., et al. )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues the Notice of Docket Activity filing the brief.**

## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE